UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-CR-20297-PCH

UNITED STATES OF AMERICA,

v.

LAZARO ESLEY FLEITAS SANCHEZ
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Barry L. Garber on March 19, 2013. A Report and Recommendation filed on March 19, 2013 recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of U.S. Magistrate Judge Barry L. Garber, is hereby adopted and approved in its entirety. The Defendant is adjudged guilty as to Count 8 of the Indictment.

DONE AND ORDERED in chambers in Miami, Florida this _3_ day of April, 2013.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record